# Court of Appeals
# of the State of Georgia

ATLANTA,   October 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0468. MARIBEL FAUBERT-ROCHA v. GLENDA SOCHITL PEREZ BAUTISTA.**

Maribel Faubert-Rocha filed a petition to legitimate a minor child, have herself declared to be the child's legal parent, and enforce a parenting agreement that she had entered into with the child's biological mother, Glenda Sochitl Perez Bautista. Bautista moved to dismiss the petition for failure to state a claim, arguing among other things that Faubert-Rocha lacked standing to pursue a legitimation claim. Faubert-Rocha opposed the motion, arguing that Georgia's legitimation laws deprive her of due process and equal protection under the law. The trial court granted Bautista's motion, ruling that Faubert-Rocha could not legitimate the child because she is not the child's father. In Case No. A17D0038, Faubert-Rocha filed an application for discretionary review in this Court, and this Court transferred the application to the Supreme Court, which granted the application. Faubert-Rocha has also filed the instant direct appeal in this Court.

The Supreme Court has exclusive appellate jurisdiction in "all cases in which the constitutionality of a law, ordinance, or constitutional provision has been drawn in question." Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); see also *Zarate-Martinez v. Echemendia*, 299 Ga. 301, 304 (2) (788 SE2d 405) (2016). In granting Bautista's motion to dismiss, the trial court necessarily rejected Faubert-Rocha's challenge to the constitutionality of Georgia's legitimation laws, and the Supreme Court has granted Faubert-Rocha's application for discretionary review. Accordingly, jurisdiction over this direct appeal appears to lie in the Supreme Court. Further, in light of the Supreme Court's grant of Faubert-Rocha's application, the interests of

judicial economy and judicial comity dictate that the instant appeal be placed before the Supreme Court as well. Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,*_____ 10/20/2016 _____
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*